UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Drywall Tapers and Painters of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO, | |
| Petitioner, | 25-CV-9945 (DEH) |
| v. | ORDER |
| Magnitude Drywall Taping, | |
| Respondent. | |

DALE E. HO, United States District Judge:

On December 1, 2026, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby **ORDERED** that Petitioner shall file and serve any additional materials with which they intend to support their petition to confirm by **January 7, 2026**. Respondent's opposition, if any, is due on **January 28, 2026**. Petitioner's reply, if any, is due **February 4, 2026**.

Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure and file an affidavit of such service with the court no later than **December 10, 2025**.

SO ORDERED.

Dated: December 3, 2025
    New York, New York

_____
    DALE E. HO
    United States District Judge