UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Drywall Tapers and Painters of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO, <br><br>                      Petitioner, <br><br>            v. <br><br> Magnitude Drywall Taping, <br><br>                     Respondent. | 25-CV-9945 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

Petitioner initiated this case on December 1, 2025 with a petition to confirm arbitration. On December 3, 2025, this Court ordered opposition briefing from Respondent by January 28, 2026. ECF No. 5. To date, no one has appeared on behalf of the Respondent and no opposition briefing has been filed. As a courtesy, the Court shall extend the deadline, *nunc pro tunc*, for Respondent's opposition briefing until **February 13, 2026**. Reply briefing, if any, shall be due by **February 20, 2026**. Respondent is warned that if Respondent fails to file any opposition by February 13, 2026, the Court shall treat the matter as fully briefed. Petitioner is ORDERED to serve Respondent with this Order and to file proof of service on the docket by **February 4, 2026**.

SO ORDERED.

Dated: February 3, 2026
        New York, New York

                                            DALE E. HO
                              United States District Judge