UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Drywall Tapers and Painters of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO,

Petitioner,

v.

Magnitude Drywall Taping,

Respondent.

25-CV-9945 (DEH)

**JUDGMENT**

DALE E. HO, United States District Judge:

This action having been commenced on December 1, 2025, by the filing of the Petition to confirm an Arbitration Decision and Award, and the Court granting Petitioner's application to confirm the Arbitration Decision and Award, ECF No. 16, it is

**ORDERED, ADJUDGED AND DECREED**, that Petitioner has judgment against Respondent in the liquidated amount of Thirty-Three Thousand Five Hundred Dollars ($33,500.00), which includes the following: Decision and Award of the Joint Trade Board of the Drywall Tapers Industry amount due and owing in the sum of $33,500.00.

**ORDERED**, that the Judgment rendered by the Court on this day in favor of Petitioner be entered as a final judgment against Respondent and the Clerk of the Court be directed to enter such judgment forthwith.

SO ORDERED.

Dated: October 9, 2026
New York, New York

DALE E. HO
United States District Judge